IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANTHONY R. BAKER JR.,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0604

Opinion filed September 27, 2017.

An appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

Anthony R. Baker Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Upon consideration of appellant's response to the Court's order of June 9, 2017, the Court has determined that the Order Denying Defendant's Motion to Dismiss for Fruad [sic] Upon the Court is not an appealable order. Fla. R. App. P. 9.140(b). Therefore, the Court lacks appellate jurisdiction. Furthermore, the Court declines appellant's request to review the order by petition for writ of certiorari

because appellant has failed to demonstrate that the ruling results in harm that cannot be remedied on appeal from a final judgment. See Eutsay v. State, 103 So. 3d 181 (Fla. 1st DCA 2012). Accordingly, the appeal is dismissed.

ROBERTS, WETHERELL, and ROWE, JJ., CONCUR.